# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Daniel Burdick, et al., | No.  CV15-0416 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| JPMorgan Chase Bank, NA, | |
| Defendant. | |

Pursuant to the parties' stipulation of dismissal with prejudice. Doc. 25.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 25) is **granted.** This action is dismissed with prejudice, each party to bear its costs and attorneys' fees.

Dated this 20th day of November, 2015.

_____
David G. Campbell
United States District Judge